UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br>        Plaintiff,<br>v.<br>V. GARCIA, et al.,<br>        Defendants. | Case No. 22-cv-05310 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Docket No. 17) |

      Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at the Correctional Training Facility in Soledad, where he is currently incarcerated. The Court found the first amended complaint stated cognizable claims and ordered service on Defendants, who were directed to file a dispositive motion or notice regarding such motion. Dkt. No. 12.

      Defendants filed a motion for an extension of time to file a dispositive motion. Dkt. No. 17. Good cause appearing, the motion is **GRANTED**. Defendants' summary judgment motion shall be filed **no later than November 28, 2023**.

      Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants' motion is filed. Defendants <u>shall</u> file a reply brief no later than **fourteen (14) days** after

Plaintiff's opposition is filed.

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: __August 30, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Disp. Mot; Deny Other Mot.
PRO-SE\BLF\CR.22\05310Gomez_eot-MSJ