UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>V. GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05310 BLF (PR)<br><br>**ORDER DENYING MOTION TO COMPEL; GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Docket Nos. 19, 22) |

　　　　Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at the Correctional Training Facility ("CTF") in Soledad, where he is currently incarcerated. The Court found the first amended complaint stated cognizable claims and ordered service on Defendants, who were directed to file a dispositive motion or notice regarding such motion. Dkt. No. 12. Defendants filed their waiver of service on August 29, 2023, the same date counsel appeared on their behalf. Dkt. Nos. 15, 16. Defendants were granted a first extension of time on August 30, 2023. Dkt. No. 18.

　　　　On September 19, 2023, Plaintiff filed a motion to compel discovery, asserting that Defendants failed to respond to his first set of interrogatories which were sent by mail on August 7, 2023, to one of the Defendants at CTF. Dkt. No. 19. On October 17, 2023, Defendants filed opposition to the motion, asserting that at the time Plaintiff mailed his request for discovery, Defendants had not been properly served and had not yet appeared as proper parties to this case. Dkt. No. 21 at 2. Defendants' counsel states that he only

became aware of Plaintiff's request for interrogatories after receiving Plaintiff's motion to compel, and after investigating the matter, learned that Plaintiff's mail had not been forwarded to the Attorney General's Office while CTF's litigation coordinator was out on extended leave. *Id.* at 3; Dkt. No. 21-1 at 2. Counsel states that he subsequently met with Plaintiff over the telephone on October 9, 2023, in an effort to resolve the discovery matter without a need for a court order, but Plaintiff refused to withdraw the motion. Dkt. No. 21 at 5. Counsel states that he is working to serve their responses by October 20, 2023, which will render Plaintiff's motion moot. Dkt. No. 21 at 5.

The Court notes that October 20, 2023, has passed, without further argument from Plaintiff that Defendants failed to respond to his discovery request. Furthermore, the Court finds good cause to deny the request because Defendants had not been properly served at the time Plaintiff mailed his discovery request. Accordingly, the motion to compel is **DENIED** without prejudice as premature and moot.

Defendants filed a motion for a second extension of time to file a dispositive motion. Dkt. No. 22. Good cause appearing, the motion is **GRANTED**. Defendants' summary judgment motion shall be filed **no later than January 12, 2024**.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket Nos. 19 and 22.

**IT IS SO ORDERED.**

Dated: __December 5, 2023_____

                                                                                    _____
                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge

Order Denying Mot. To Compel; Granting 2nd EOT to file MSJ
PRO-SE\BLF\CR.22\05310Gomez_compel&eot2-MSJ