United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br>　　　　　Plaintiff,<br>　　v.<br>V. GARCIA, et. al.,<br>　　　　　Defendants. | Case No. 22-cv-05310 BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 25) |

　　　　Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against correctional officers at Correctional Training Facility-Soledad where he is currently incarcerated. The Court found the complaint stated cognizable claims and ordered the matter served on the Defendants. Dkt. No. 12. Defendants filed a motion for summary judgment on January 11, 2024. Dkt. No. 24.

　　　　On February 1, 2024, Plaintiff filed a motion for a thirty-day extension of time to file an opposition due to limited library access. Dkt. No. 25. Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff's opposition shall be filed **no later than March 7, 2024.**

Defendants' reply shall be filed **no later than fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated:  __February 7, 2024_____                    _____
                                                                                        BETH LABSON FREEMAN
                                                                                        United States District Judge

Order Granting Mot. for Ext. of Time to File Opp.
PRO-SE\BLF\CR.22/5310Gomez_eot-opp

2