UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br>    Plaintiff,<br>  v.<br>V. GARCIA, et al.,<br>    Defendants. | Case No. 22-cv-05310 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  _August 19, 2024_____          _____
                                                                                  BETH LABSON FREEMAN
                                                                                  United States District Judge

Judgment
PRO-SE\BLF\CR.22\05310Gomez_judgment